IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. **1:14-cr-00070** |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **ANTHONY SISTRUNK, et al.,** | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 1st day of September 2015, **IT IS HEREBY ORDERED THAT**

Defendant's motion to suppress physical evidence (Doc. No. 439), is **DENIED**.

                                        S/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania